UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-24063-CIV-CANNON/Otazo-Reyes

**MSP RECOVERY
CLAIMS SERIES, LLC, et al.**,

 Plaintiffs,

v.

**MARKEL AMERICAN
INSURANCE COMPANY, et al.**,

 Defendants.
_____/

### ORDER CLOSING CASE AND DISMISSING WITH PREJUDICE

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice [ECF No. 146], filed on October 20, 2021.  Pursuant to Rule 41(a)(1)(A)(ii), the Stipulation of Dismissal, signed by all parties who have appeared, is self-executing and dismisses the case "effective immediately upon filing."  *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012).  As such, this case is **DISMISSED WITH PREJUDICE**, effective October 20, 2021, the date the parties filed their Joint Stipulation for Dismissal [ECF No. 146]. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

 The Clerk of Court is directed to **CLOSE** this case.

 **DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 21st day of October 2021.

                _____
                **AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE**

cc: counsel of record